USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/25/2025_



Tel.: +1 (718) 914-9694

Email: acohen@ealg.law

<u>**VIA ECF**</u>
Hon. Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

March 24, 2025

RE: **Riley v. Taylor & Hart Corporation. DOCKET NO. 1:25-cv-578**

Dear Judge Torres:

The undersigned represents Amanie Riley, the plaintiff in the above-referenced matter.

This action commenced on January 21, 2025, with filing the complaint, civil cover sheet, and request for issuance of summons (Doc. 1-3). Service was completed on January 23, 2025, and documents were accepted by the Nadia Bellamy, identified as the person authorized to accept service (Doc. 8) with the defendant's answer due by February 13, 2025.

On March 13, 2025, the counsel for Defendant requested an extension to file an answer to the complaint (Doc 11), which was granted by the Court (Doc 12), setting the deadline for filing an answer to complaint to April 12, 2025.

I am writing to request an extension to file the Joint Initial Status Report in the above referenced case until April 13, 2025. The requested extension will allow the opposing Counsel to prepare and file the answer to the complaint, as well as devise their defense strategy.

We appreciate your consideration of this request and look forward to your favorable response.

Respectfully,

                EQUAL ACCESS LAW GROUP, PLLC
                *Attorneys for Plaintiff*

                **/s/ *Asher H. Cohen***

                By:  Asher H. Cohen, Esq.
                      68-29 Main Street,
                      Flushing, NY 11367
                      Tel: +1 (718) 914-9694
                      Email: acohen@ealg.law

GRANTED.

SO ORDERED.

Dated: March 25, 2025
       New York, New York

                                    ANALISA TORRES
                                    United States District Judge