USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/14/2025__



**EQUAL ACCESS**
— LAW GROUP PLLC —

Tel.: +1 (718) 914-9694

Email: acohen@ealg.law

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

April 11, 2025

RE: **Riley v. Taylor & Hart Corporation. DOCKET NO. 1:25-cv-578**

Dear Judge Torres:

The undersigned represents Amanie Riley, the plaintiff in the above-referenced matter.

This action commenced on January 21, 2025, with filing the complaint, civil cover sheet, and request for issuance of summons (Doc. 1-3). Service was completed on January 22, 2025, and documents were accepted by the Nadia Bellamy, identified as the person authorized to accept service (Doc. 8) with the defendant's answer due by February 13, 2025.

On April 10, 2025, the counsel for Defendant requested an extension to file an answer to the complaint (Doc 15), which was granted by the Court (Doc 16), setting the deadline for filing an answer to complaint to May 9, 2025.

I am writing to request an extension to file the Joint Initial Status Report in the above referenced case until May 13, 2025. The requested extension will allow the opposing Counsel to prepare and file the answer to the complaint, and also engage in settlement discussions.

We appreciate your consideration of this request and look forward to your favorable response.

Respectfully,

        EQUAL ACCESS LAW GROUP, PLLC
        *Attorneys for Plaintiff*

        /s/ *Asher H. Cohen*

        By:  Asher H. Cohen, Esq.
              68-29 Main Street,
              Flushing, NY 11367
              Tel: +1 (718) 914-9694
              Email: acohen@ealg.law

**GRANTED.** By **May 13, 2025**, the parties shall file their joint letter and jointly proposed case management plan. *See* ECF No. 5.

SO ORDERED.

Dated: April 14, 2025
       New York, New York

                                    ANALISA TORRES
                             United States District Judge